**2009–1684. Cincinnati v. Hill.**
Hamilton App. No. C–080758.

**2009–1693. State v. Foster.**
Hamilton App. No. C–080929. Discretionary appeal not accepted.
 LANZINGER, J., dissents.
 Motion to certify conflict denied.

**2009–1696. State v. Evans.**
Hamilton App. Nos. C–080680, C–080681, C–080682, and C–080683.
 MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. I.
 LUNDBERG STRATTON, J., dissents.

**2009–1698. State v. Miley.**
Richland App. Nos. 09CA39 and 09CA40, 2009-Ohio-4011.

**2009–1717. State v. Jobe.**
Lucas App. No. L–07–1413, 2009-Ohio-4066.

**2009–1741. State v. Henderson.**
Stark App. No. 2008 CA 00245, 2009-Ohio-4157.

**2009–1751. State v. Rutherford.**
Butler App. No. CA2007–11–271.

**2009–1756. Stewart v. R.A. Eberts Co., Inc.**
Jackson App. No. 08CA10, 2009-Ohio-4418.

**2009–1760. State v. Kent.**
Cuyahoga App. No. 90795, 2009-Ohio-3889.

**2009–1776. R. Thomas Perry, D.D.S. v. Ohio State Dental Bd.**
Montgomery App. No. 22857, 2009-Ohio-4329.

**2009–1785. State v. Chasteen.**
Butler App. No. CA2007–12–308.

**2009–1786. State v. Ellis.**
Cuyahoga App. No. 90844, 2009-Ohio-4359.

**2009–1788. State v. Orr.**
Cuyahoga App. No. 92005, 2009-Ohio-4038.

**2009–1861. In re T.T.**
·Summit App. No. 24727, 2009-Ohio-4513.

**2009–1865. In re S.S.**
Licking App. No. 2009CA0040, 2009-Ohio-4520.

## RECONSIDERATION OF PRIOR DECISIONS

**2007–2295. State v. Hoover.**
Union App. No. 14–07–11, 173 Ohio App.3d 487, 2007-Ohio-5773. 
 On motion for reconsideration. Motion denied.
 MOYER, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2009–0025. State ex rel. Cordray v. Marshall.**
Scioto App. No. 05CA3004, 2008-Ohio-6341. 
 On motion for reconsideration. Motion denied.

**2009–0898. Howard v. Lawton.**
Franklin App. No. 08AP–548, 2009-Ohio-639. 
 On motion for reconsideration. Motion denied.